Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
24, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00636-CV

____________

 

IN RE JASON DEWAYNE JEFFERY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On July
14, 2008, relator, Jason Dewayne Jeffery, filed a petition for writ of mandamus
in this Court.  See Tex. Gov=t Code Ann '22.221 (Vernon 2004); see also
Tex. R. App. P. 52.1.  In his petition, relator requests that we compel
respondent, the Honorable Brenda Mullinix, Associate Judge of the 387th
District Court of Fort Bend County, to grant his motion to transfer venue to
Harris County.  

Relator has not established his entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed July 24, 2008.

Panel consists of Justices Yates,
Seymore, and Boyce.